IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WARD SAKEIK, § § §<br>       Petitioner, § § §<br>v. § §<br>KRISTI NOEM, in her official capacity as § § Secretary of the Department of Homeland § Security; PAMELA BONDI, in her § official capacity as Attorney General; § TODD LYONS, in his official capacity as § Acting Director of Immigration and § Customs Enforcement; JOSH JOHNSON, § in his official capacity as Acting Director § of Immigration and Customs § Enforcement's Enforcement and Removal § Operations Dallas Field Office; THOMAS § BERGAMI, in his official capacity as § Warden of the Prairieland Detention § Center, § § §<br>       Respondents, § . | CIVIL ACTION NO. 3:25-cv-01597 |

**Notice of Judicial Order Not to Take Steps
to Remove or Deport Petitioner**

On June 22, 2025, the plaintiff, through the undersigned counsel, filed a Petition for Writ of Habeas Corpus And An Emergency Motion for Temporary Restraining Order. Honorable Judge, Ed Kinkeade ordered Respondent-Defendants or any officer, agents, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until the Court rules on the pending Emergency Motion for Temporary Restraining Order and the underlying Petition.

Dated June 24, 2025.

Respectfully submitted,

s/Waled Aly Elsaban
Elsaban Law Firm
2711 LBJ Fwy. STE 710
Farmers Branch, Texas 75234
Tel: 972-532-1775
waled@elsabanimmigration.com
Attorney for Petitione

## CERTIFICATE OF SERVICE

On June 24, 2025, I electronically submitted all the foregoing documents with the clerk of the court for the U.S. District Court, Northern District of Texas, via the court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/Waled Aly Elsaban
Attorney for Petitioner
