IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WARD SAKEIK,<br><br>           Petitioner-Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>           Respondents-Defendants, | Case No. 3:25-CV-1597-K |

MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER-PLAINTIFF

COME NOW, Waled Aly Elsaban of the law firm of Elsaban Law Firm, admitted as counsel before the Northern District of Texas, counsel for Petitioner-Plaintiff, Ward Sakeik, in the above-styled case, and file this Motion to Withdraw as Counsel ("Motion"), requesting permission to withdraw his representation of Plaintiff.

Pursuant to Civil Rule 83.12, except as provided in subsection (b), (c), or (d) of this rule, an attorney desiring to withdraw in any case must file a motion to withdraw. This motion must, in addition to the matters required by LR 7.1, specify the reasons requiring withdrawal and provide the name and address of the succeeding attorney.

The undersigned counsel states as follows:

On June 23, 2025, the undersigned counsel was informed by Petitioner-Plaintiff that his services are no longer needed and they have retained another counsel to substitute for him.

The succeeding counsel's name: Eric Lee, Lee & Godshall-Bennett Law Firm. Office address: 24225 W 9 Mile Rd. Ste 140, Southfield, MI, 48033. A copy of this Motion has been mailed to Petitioner-Plaintiff.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an Order allowing the undersigned counsel to withdraw from the above-styled cause.

Respectfully submitted,

/s/Waled Aly Elsaban
Elsaban Law Firm
2711 LBJ Fwy. STE 710
Farmers Branch, Texas 75234
Tel: 972-532-1775
waled@elsabanimmigration.com
*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I, Waled Aly Elsaban, certify that on the 30th of June 2025, I conferred with counsel for Defendants, Ms. Tami Parker, regarding this motion, and counsel has indicated that she does not oppose this motion.

## CERTIFICATE OF SERVICE

I, Waled Aly Elsaban, hereby certify that on the 26th of June 2025, I electronically filed the Motion to Withdraw as counsel with the Clerk of the United States District Court for the Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Respectfully submitted,

  /s/Waled Aly Elsaban
Elsaban Law Firm
2711 LBJ Fwy. STE 710
Farmers Branch, Texas 75234
Tel: 972-532-1775
waled@elsabanimmigration.com
*Attorney for Plaintiff*