IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WARD SAKEIK,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMEL BONDI, in her official capacity as Attorney General; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; JOSH JOHNSON, in his official capacity as Acting Director of Immigration and Customs Enforcement's Enforcement and Removal Operations; THOMAS BERGAMI, in his official capacity as Warden of the Prairieland Detention Center,<br><br>    Respondents. | Civil Action No. 3:25-cv-01597-K |

## NOTICE OF CHANGE IN MATERIAL FACTS AND WITHDRAWAL OF PENDING MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

The parties hereby notify the Court that petitioner Ward Sakeik was released from custody on July 1, 2025. The parties are discussing the implications of this release on the pending motion for habeas corpus and will notify the Court by Monday, July 7 as to whether Petitioner will voluntarily dismiss the matter. Petitioner also hereby withdraws the Motion for a Temporary Restraining Order/Preliminary Injunction without prejudice. ECF No. 2.

Notice – Page 1

Dated: July 2, 2025.

                              Respectfully submitted,

                              *s/ Eric Lee*
                              Eric Lee
                              Michigan Bar No. P80058
                              Chris Godshall-Bennett
                              D.C. Bar No. 1780920
                              Lee & Godshall-Bennett LLP
                              24225 W. 9 Mile Rd. Ste 140
                              Southfield, MI 48033
                              248-602-0936
                              Eric@leegblaw.com
                              Chris@leegblaw.com

                              Maria Kari
                              Project TAHA
                              Texas Bar No. 24127161
                              5300 N Braeswood Blvd., Ste. 4-191
                              Houston, T.X. 77096
                              Info@MariaKari.org

                              *Counsel for Petitioners*

                              NANCY E. LARSON
                              ACTING UNITED STATES ATTORNEY

                              *s/ Tami C. Parker*
                              Tami C. Parker
                              Assistant United States Attorney
                              Burnett Plaza, Suite 1700
                              801 Cherry Street, Unit # 4
                              Fort Worth, TX 76102-6882
                              Texas Bar No. 24003946
                              Telephone:  817-252-5200
                              Facsimile:   817-252-5458
                              E-mail:  tami.parker@usdoj.gov

                              *Counsel for Respondents*

## CERTIFICATE OF SERVICE

On July 2, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).