IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WARD SAKEIK,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMEL BONDI, in her official capacity as Attorney General; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; JOSH JOHNSON, in his official capacity as Acting Director of Immigration and Customs Enforcement's Enforcement and Removal Operations; THOMAS BERGAMI, in his official capacity as Warden of the Prairieland Detention Center,<br><br>  Respondents. | Civil Action No. 3:25-cv-01597-K |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Respondents.


Dated: July 7, 2025.                    Respectfully submitted,

                         *s/ Eric Lee*
                         Eric Lee
                         Michigan Bar No. P80058
                         Chris Godshall-Bennett

1

        D.C. Bar No. 1780920
        Lee & Godshall-Bennett LLP
        24225 W. 9 Mile Rd. Ste 140
        Southfield, MI 48033
        248-602-0936
        Eric@leegblaw.com
        Chris@leegblaw.com

        Maria Kari
        Project TAHA
        Texas Bar No. 24127161
        5300 N Braeswood Blvd., Ste. 4-191
        Houston, T.X. 77096
        Info@MariaKari.org

## **CERTIFICATE OF SERVICE**

On July 7, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).